**Vera ARNOLD, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction; John Maples, Warden, Grimes/McPherson Unit, ADC; Larry May, Deputy Director, Arkansas Department of Correction, Appellees.**

**No. 07–1362.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 3, 2008.

Filed: July 8, 2008.

---

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

Vera Arnold, Searcy, AR, pro se.

Warden, Arkansas Department of Correction, Newport, AR, for Appellant.

Brittany Leah McCollum, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Appellees.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

Former Arkansas inmate Vera Arnold appeals the district court's [1] order granting defendants summary judgment in her 42 U.S.C. § 1983 action. Following careful de novo review, we conclude that summary judgment for defendants was proper. Accordingly, the judgment is affirmed. *See* 8th Cir. R 47B. We deny Arnold's motion to strike and for sanctions.

---

1. The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).